924

*Lambert* and *John Holt Myers* for Farnum et al., respondents.

No. 35, Misc. TEAL *v.* BANNAN, WARDEN. Supreme Court of Michigan. Certiorari denied. Petitioner *pro se. Thomas M. Kavanagh,* Attorney General of Michigan, and *Edmund E. Shepherd,* Solicitor General, for respondent.

No. 44, Misc. DERENIEWSKI *v.* MICHIGAN. Supreme Court of Michigan. Certiorari denied. Petitioner *pro se. Thomas M. Kavanagh,* Attorney General of Michigan, and *Edmund E. Shepherd,* Solicitor General, for respondent.

No. 91, Misc. FALLEN ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Zach H. Douglas* for petitioners. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Joseph A. Barry* for the United States.

No. 111, Misc. WILLIAMS *v.* McLEOD, WARDEN. Criminal Court of Appeals of Oklahoma. Certiorari denied.

No. 240, Misc. JACKSON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 243, Misc. GALLAGHER *v.* McCULLOUGH, SHERIFF, ET AL. Supreme Court of Washington. Certiorari denied.

No. 257, Misc. GORDON *v.* TEXAS. Court of Criminal Appeals of Texas. Certiorari denied. *Roberson L. King* for petitioner.